IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                            Cr. No.1:95-10048-01-T

JIMMY GENE BRUMLEY

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on October 26, 2005, Assistant U. S. Attorney Jerry Kitchen, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, Assistant Federal Defender, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of her supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **TWELVE (12) MONTHS,** with no further supervision.  This sentence will run consecutive to the 144 months sentence imposed in Criminal Case No. 1:04-10048-01-T.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 26 October 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10-27-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:95-CR-10048 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT